

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AMERICAN CONTRACT FURNITURE, LLC, MICHAEL SANTOS, and MARTHA SANTOS, | § | No. 08-24-00403-CV |
| | § | Appeal from the |
| Appellants, | § | 41st Judicial District Court |
| v. | § | of El Paso County, Texas |
| MAKARIC CORPORATION, | § | (TC# 2024DCV0658) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.